# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

CARLA VARNER,

    Plaintiff,

v.                                                        CASE NO. 4:18cv550-RH-HTC

FLORIDA PAROLE COMMISSION and
LOWELL CORRECTIONAL INSTITUTION,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 16. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on May 15, 2019.

                                                    s/Robert L. Hinkle
                                                  United States District Judge